UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SUZANNE PASSARO
    Plaintiff,

v.                                        No. 3:16-cv-00207-VAB
COMISSIONER OF SOCIAL
SECURITY
    Defendant.

## ORDER

In an Order dated 2/17/2017, the Court ordered Plaintiff to file a motion to reverse and/or remand, along with a supporting memorandum of law, within thirty (30) days of the date of the Order. The Clerk of Court mailed a copy of this Order to Plaintiff to her address and e-mail address on the docket. More than thirty days have passed since both of those mailings, and Ms. Passaro has not complied with the Court's Order. The Court, therefore, dismisses her Complaint without prejudice under Rule 41(b). The Clerk is directed to close this case.

SO ORDERED at Bridgeport, Connecticut, this 10th day of August, 2017.

                                                               /s/ Victor A. Bolden
                                                               Victor A. Bolden
                                                               United States District Judge